Courtland T. Shafer, WSBA #22000
John G. Llewellyn, PLLC
4847 California Ave. SW, Suite 100
Seattle, WA 98106
Telephone: (206) 763-1510

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| In re<br><br>CHRIS YOUNG DONG YOO and JIEUN SONG YOO,<br><br>Debtors | NO. 16-10191-CMA |
| IN HO HWANG, EUN (ESTHER) KOH, CHANG KYU LEE, KI-CHANG PARK, and CHUNG HO WOO and KAB SUN WOO, husband and wife,<br><br>Plaintiff,<br>v.<br>CHRIS YOUNG DONG YOO and JIEUN SONG YOO,<br><br>Defendants. | ADV. NO.<br><br>COMPLAINT FOR DECREE OF NON-DISCHARGEABILITY |

Comes now Plaintiffs, appearing by and through their attorney of record,

Complaint for Non-Discharge 14- 80070-FLK
Page 1 of 8

JOHN G. LLEWELLYN, PLLC
ATTORNEYS AND COUNSELORS AT LAW
4847 CALIFORNIA AVE SW, SUITE 100
SEATTLE, WA 98116
V 206-923-2889   F 206-923-2892

Case 16-01097-CMA    Doc 1    Filed 04/14/16    Ent. 04/14/16 10:42:31    Pg. 1 of 8

Courtland Shafer, and alleges as follows:

**PARTIES**

1. Plaintiffs are all former clients of Chris Yoo's investment advisory firm and its various wholly controlled LLC's. All are originally citizens of the Republic of Korea.

2. Defendant Chris Young Dong Yoo was the former control person of Summit Asset Strategies Investment Management, LLC, and several other related entities, including Summit Strategic Opportunities, LLC and Summit Stable Value Fund, LLC. Defendant Chris Young Dong Yoo is a Debtor in a Chapter 7 case pending before this Bankruptcy Court, Chapter 7 Case No. 16-10191-CMA. All acts described in this Complaint were for the benefit of Mr. Yoo's marital community.

3. Defendant Jieun Song Koo was the spouse of Defendant Chris Young Dong Yoo at all times relevant to this Complaint. On information and belief, defendant Chris Young Dong Yoo acted with the knowledge and cooperation of Defendant Jieun Song Koo, and the two of them enjoyed a lavish lifestyle together based upon the actions complained of in this Cause of Action. Defendant Jieun Song Koo is a Debtor in a Chapter 7 case pending before this Bankruptcy Court, Chapter 7 Case No. 16-10191-CMA.

Complaint for Non-Discharge 14- 80070-FLK
Page 2 of 8

JOHN G. LLEWELLYN, PLLC
ATTORNEYS AND COUNSELORS AT LAW
4847 CALIFORNIA AVE SW, SUITE 100
SEATTLE, WA 98116
V 206-923-2889   F 206-923-2892

Case 16-01097-CMA    Doc 1    Filed 04/14/16    Ent. 04/14/16 10:42:31    Pg. 2 of 8

## JURISDICTION AND VENUE

3. This adversary proceeding is being brought in connection with the Defendant's Chapter 7 case, Case No. 16-10191-CMA7.

4. This Court has jurisdiction over this matter pursuant to the provisions of 28 USC §§ 1334(b) and 157(a).

5. This is a core proceeding under 28 USC 157(b)(2)(I).

## 11 USC Section 523(a)(2) ACTION

6. Defendant Chris Young Dong Yoo was an owner and control person of the Registered Investment Advisor ("RIA") firm, Summit Asset Strategies Investment Management, LLC, a limited liability company organized under Washington law. He was not a broker-dealer representative, or affiliated with any broker-dealers that would house investment products. Mr. Yoo started his business, with others, in 2006.

7. Mr. Yoo's flagship product was called the "Summit Stable Value Fund," which promised a 7% constant return. Promotional literature for the "Stable Value Fund," to the extent that it expressed a coherent investment strategy, purported to be a fund using high-risk arbitrage techniques and high-risk distressed company equity positions, which are inconsistent with traditional stable value fund holdings of high quality, diversified fixed income

Complaint for Non-Discharge 14- 80070-FLK
Page 3 of 8

JOHN G. LLEWELLYN, PLLC
ATTORNEYS AND COUNSELORS AT LAW
4847 CALIFORNIA AVE SW, SUITE 100
SEATTLE, WA 98116
V 206-923-2889   F 206-923-2892

Case 16-01097-CMA   Doc 1   Filed 04/14/16   Ent. 04/14/16 10:42:31   Pg. 3 of 8

portfolio that are protected against interest rate volatility by contracts from banks and insurance companies.

8. To anyone who understood US investments and US investment markets, Mr. Yoo's and Summit Stable Value Fund's stated strategies were nonsensical. Furthermore, his lack of connections to a broker-dealer would have raised questions about exactly where Summit's investments were located. Which was, of course, why Mr. Yoo made a point of marketing his scheme primarily to recent Korean immigrants.

9. Using a combination of affinity to both the Korean community and the Korean Christian community, Mr. Yoo convinced dozens of individuals who were less experienced with US markets, to invest with Summit Asset Strategies Investment Management, LLC.

10. In 2013, Christopher Yoo created a fraudulent audit trail in order to convince the auditors of Summit Asset Strategies Investment Management, LLC that it had assets when, in fact, it was worth less than one-tenth of its claimed worth. This lie was done on purpose, in order to continue his fraudulent scheme.

11. In reality, "Summit Stable Value Fund" existed as purely a Ponzi-type scheme where Mr. Yoo, on purpose, lied about the fund's condition in order to extract profits from it to support his lavish lifestyle.

JOHN G. LLEWELLYN, PLLC
ATTORNEYS AND COUNSELORS AT LAW
4847 CALIFORNIA AVE SW, SUITE 100
SEATTLE, WA 98116
V 206-923-2889   F 206-923-2892

12. On September 4, 2015, the Securities and Exchange Commission charged Chris Yoo and Summit Asset Strategies Investment Management, LLC with fraudulently inflating the values of investments in the portfolio of Summit Stable Value Fund so they could attain unearned management fees. Chris Yoo and Summit Asset Strategies Investment Management, LLC agreed to settle the fraud charges arising from Summit Stable Value Fund. Yoo and another of his advisory firms Summit Asset Strategies Wealth Management, LLC agreed to settle fraud charges related to his failure to inform clients that Summit Asset Strategies Wealth Management received significant fees when referring them to invest in the fund.

13. According to Marshall S. Sprung, Co-Chief of the SEC Enforcement Division's Asset Management Unit, "[Chris] Yoo manipulated the value of certain fund assets to manufacture millions of dollars in illusory profits that he used to line his pockets with fees he did not truly earn. He also failed to disclose a conflict of interest involving his other firm."

14. Without admitting or denying the SEC allegations, Chris Yoo and Summit Asset Strategies Investment Management agreed to pay disgorgement of $889,301 plus prejudgment interest of $104,632 and a penalty of $150,000; and Summit Asset Strategies Wealth Management agreed to pay disgorgement of $81,729.14 plus prejudgment interest of $6,611.75 and a penalty of $100,000. Chris Yoo also agreed to be barred from the securities industry.

Complaint for Non-Discharge 14- 80070-FLK
Page 5 of 8

JOHN G. LLEWELLYN, PLLC
ATTORNEYS AND COUNSELORS AT LAW
4847 CALIFORNIA AVE SW, SUITE 100
SEATTLE, WA 98116
V 206-923-2889   F 206-923-2892

Case 16-01097-CMA    Doc 1    Filed 04/14/16    Ent. 04/14/16 10:42:31    Pg. 5 of 8

15. Based on the fraudulent and misleading representations of Chris Yoo, Plaintiffs made various investments in Mr. Yoo's fraudulent investment vehicles

16. Defendant Chris Yoo intentionally misstated the financial viability and growth prospects of his investment vehicles, in order to lure more people to invest. The representations made by defendants Chris Yoo, both to the public and to Plaintiffs in particular, were false, misleading, and omitted important material facts; Plaintiffs assert both Defendants knew this at the time of making the representations.

17. Defendants have been making efforts to avoid their former investors since the September, 2015 revelations about Mr. Yoo's fraud.

18. Defendants used the funds from Plaintiffs to support the lavish lifestyle of themselves and their family. Furthermore, Defendants have made gifts to several family members and, on information and belief, are actively attempting to hide assets.

19. Christopher Yoo's actions created a debt to Plaintiffs that is nondischargeable pursuant to §523(a)(2) (false pretenses, false representation) and (4) (fraud, embezzlement, larceny).

JOHN G. LLEWELLYN, PLLC
ATTORNEYS AND COUNSELORS AT LAW
4847 CALIFORNIA AVE SW, SUITE 100
SEATTLE, WA 98116
V 206-923-2889    F 206-923-2892

20. Christopher Yoo's conduct in soliciting sales of worthless securities has been the subject of a "Cease and Desist" Order issued by the Washington State Department of Financial Institutions.

**W H E R E F O R E**, the Plaintiffs Trust pray for a judgment under §523 determining that the debts of the Defendants Yoo are non-dischargeable. Plaintiffs further prays for an award of interest, consequential damages, reasonable attorney's fees and expenses, its costs and taxable disbursements incurred herein and such further relief as the Court deems just and equitable.

DATED this 14th day of April, 2015

_/s/ Courtland T. Shafer_____
COURTLAND T. SHAFER, WSBA #22000
JOHN G. LLEWELLYN, PLLC
ATTORNEYS AND COUNSELORS AT LAW
4847 CALIFORNIA AVE SW, SUITE 100
SEATTLE, WA 98116
TELEPHONE: 206-923-2889
FAX: 206-923-2892

ATTORNEY FOR PLAINTIFFS

Complaint for Non-Discharge 14- 80070-FLK
Page 7 of 8

JOHN G. LLEWELLYN, PLLC
ATTORNEYS AND COUNSELORS AT LAW
4847 CALIFORNIA AVE SW, SUITE 100
SEATTLE, WA 98116
V 206-923-2889   F 206-923-2892

Case 16-01097-CMA    Doc 1    Filed 04/14/16    Ent. 04/14/16 10:42:31    Pg. 7 of 8

APPENDIX A: SUMMARY OF CLAIM AMOUNTS

(PROVISIONAL; SUBJECT TO AMENDMENT AND INTEREST RATE CALCULATIONS)

IN HO HWANG: $200,000.00

EUN (ESTHER) KOH: $740,000.00

CHANG KYU LEE: $200,000.00

KI-CHANG PARK and SO-EUN PARK: $101,271.11

CHUNG HO WOO and KAB SUN WOO: $230,000.00

Complaint for Non-Discharge 14- 80070-FLK
Page 8 of 8

JOHN G. LLEWELLYN, PLLC
ATTORNEYS AND COUNSELORS AT LAW
4847 CALIFORNIA AVE SW, SUITE 100
SEATTLE, WA 98116
V 206-923-2889   F 206-923-2892

Case 16-01097-CMA    Doc 1    Filed 04/14/16    Ent. 04/14/16 10:42:31    Pg. 8 of 8