ADR Form 1 (12/2011)

# UNITED STATES BANKRUPTCY COURT
## Western District of Washington

In Re:

Chris Young Dong Yoo and Jieun Song Yoo

    Debtor(s).

Case Number: 16-10191-CMA

Adversary Case Number: 16-01097-CMA

In Ho Hwang, Eun Koh, Chang Kyu Lee, Ki-Chang Park, Chung Ho Woo, Kab Sun Woo

    Plaintiff(s),

v.

Chris Young Dong Yoo, Jieun Song Yoo

    Defendant(s).

## MEDIATION CERTIFICATION

Pursuant to Local Bankruptcy Rule 9040-3, each of the undersigned certifies that he or she has read the Honorable Thomas T. Glover Mediation Program Instructions for Parties, discussed the available dispute resolution options provided by the Court, reviewed dispute resolution options offered by private entities, and considered whether this matter might benefit any of them.

Dated: _____

Signature of Plaintiff/Cross Plaintiff
Printed Name: _____

Dated: _____

Signature of Counsel for Plaintiff/Cross Plaintiff
Printed Name: _____

Dated: 5-9-2016

Signature of Defendant/Cross Defendant
Printed Name: Jieun Yoo

Dated: 5/10/16

Signature of Counsel for Defendant/Cross Defendant
Printed Name: Darrel Carter

*NOTE: This Certification shall be served by the plaintiff on all defendants and must be signed by each party and its counsel. If there is more than one plaintiff, the plaintiff listed first in the caption of the adversary proceeding shall also serve this Certification on all other plaintiffs. If there are additional parties (e.g., additional plaintiffs, defendants, cross plaintiffs, or cross defendants), additional sheets should be filed.*

*The completed Certification must be filed with the court electronically or by mailing a paper copy to the Clerk of the Bankruptcy Court, 700 Stewart St., Room 6301, Seattle, WA 98101.*