IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>CHRIS YOUNG DONG YOO and JIEUN SONG YOO,<br><br>Debtors | NO. 16-10191-CMA |
| IN HO HWANG, EUN (ESTHER) KOH, CHANG KYU LEE, KI-CHANG PARK, and CHUNG HO WOO and KAB SUN WOO, husband and wife,<br><br>Plaintiff,<br>v.<br>CHRIS YOUNG DONG YOO and JIEUN SONG YOO,<br><br>Defendants. | ADV. NO. 16-01097-CMA<br><br>PLAINTIFF'S CR 26(a) DISCLOSURES |

Plaintiff's CR 26(a) Disclosures 16-01097CMA
Page 1 of 8

JOHN G. LLEWELLYN, PLLC
ATTORNEYS AND COUNSELORS AT LAW
4847 CALIFORNIA AVE SW, SUITE 100
SEATTLE, WA 98116
V 206-923-2889    F 206-923-2892

Case 16-01097-CMA    Doc 6    Filed 05/25/16    Ent. 05/25/16 13:04:09    Pg. 1 of 8

Comes now Plaintiffs, appearing by and through their attorney of record Courtland Shafer and John G. Llewellyn, PLLC, and hereby provide the following disclosures pursuant to CR 26(a):

WITNESSES

1. Plaintiffs In Ho Hwang, Eun (Esther) Koh, Chang Kyu Lee, Ki-Chang Park, Chung Ho Woo, and Kab Sun Woo

   c/o Law Offices of John G. Llewellyn, Counsel. Have knowledge of the fraudulent investments at issue, and the facts and circumstances involved.

2. Defendants Chris Young Dong Yoo and Jieun Song Yoo.

c/o Darrel Carter, counsel
Plaza East Building, Suite 380
11100 NE 8th St.
Bellevue, WA 98004

   Have knowledge of the investments, and may have knowledge relevant for the purposes of establishing the nature of the investments involved and the disposition of proceeds.

3. Michael Greiner

Plaintiff's CR 26(a) Disclosures 16-01097CMA
Page 2 of 8

JOHN G. LLEWELLYN, PLLC
ATTORNEYS AND COUNSELORS AT LAW
4847 CALIFORNIA AVE SW, SUITE 100
SEATTLE, WA 98116
V 206-923-2889   F 206-923-2892

Case 16-01097-CMA    Doc 6    Filed 05/25/16    Ent. 05/25/16 13:04:09    Pg. 2 of 8

Blue Moon Wealth Advisory, LLC

155 108th Ave NE, Suite 204

Bellevue, WA 98004

(425) 450-1055

Former co-manager of several of the Summit Investment LLC's that were used to further the Yoo fraud. Has knowledge of the business practices of Defendants. Also may have knowledge concerning Defendants' conversion of funds from the various Summit entities to themselves.

4.   Raymon Holmdahl and Kanako Matsumoto

Peterson Sullivan LLP

Two Union Square, 601 Union Street, Suite 2300

Seattle, WA 98101

 (206) 382-7777

Former auditors of Summit Stable Value Fund. Have knowledge of the business practices of Defendants, and how Defendants misrepresented the conditions of Summit Stable Value Fund.

5. David and Esther Fleming

c/o David Neuman
Israels & Neuman

10900 NE 8th St., Suite 1000

Bellevue, WA 98004

(206) 795-5798

Former investors with Chris Yoo and Summit. Has knowledge of the business practices of Defendants.

6. Hyun Jung Hong

c/o William R. Spurr, attorney at law
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Phone: (206) 682-2692

Former investors with Chris Yoo and Summit. Has knowledge of the business practices of Defendants.

7. Sonny Ko

Whereabouts Unknown

Mr. Ko is a brother of Jieun Yoo, and a participant in Summit.

Plaintiff's CR 26(a) Disclosures 16-01097CMA
Page 4 of 8

JOHN G. LLEWELLYN, PLLC
ATTORNEYS AND COUNSELORS AT LAW
4847 CALIFORNIA AVE SW, SUITE 100
SEATTLE, WA 98116
V 206-923-2889  F 206-923-2892

Case 16-01097-CMA    Doc 6    Filed 05/25/16    Ent. 05/25/16 13:04:09    Pg. 4 of 8

8. Woo J. Chang and Andrew Hong

Whereabouts Unknown

Messrs. Chang and Hong were purportedly investment managers with the Summit entities that are the vehicles for the fraud of Defendants.

9. A Designated Representative of the Securities and Exchange Commission

c/o Sandra Lavigna
444 Flower St., Suite 900
Los Angeles, CA 90071
(323)-965-3996

Will be called for information regarding the SEC investigation of Chris Yoo and various Summit investment entities.

10. Chul Y. Park, Charlie J.C. Lee, and Yong W. Chang

Whereabouts unknown

Supposedly, these individuals were assistants in the management of Summit Stable Value Fund.

Plaintiff's CR 26(a) Disclosures 16-01097CMA
Page 5 of 8

JOHN G. LLEWELLYN, PLLC
ATTORNEYS AND COUNSELORS AT LAW
4847 CALIFORNIA AVE SW, SUITE 100
SEATTLE, WA 98116
V 206-923-2889  F 206-923-2892

Case 16-01097-CMA    Doc 6    Filed 05/25/16    Ent. 05/25/16 13:04:09    Pg. 5 of 8

DOCUMENTS

Plaintiff provides the following documents:

Account Statements for Plaintiffs

Promissory Notes between Plaintiffs and Chris Yoo, Summit Stable Value Fund Manager

Promotional Materials for Summit Asset Strategies and Summit Stable Value Fund

Emails between Plaintiffs and Chris Yoo re: Summit investments

Text message from Chris Yoo to Chung Ho Woo

Transfer Documents from Equity Trust Company

Account Agreement from Equity Trust Company

Summit Stable Value Fund "Private Placement Memorandum"

Email from Chris Yoo re: SEC settlement

Millenium Trust Company Account Statement (Chung Ho Woo)

Summit Stable Value Fund "Financial Statements" for 2012 and 2013

Plaintiff's CR 26(a) Disclosures 16-01097CMA
Page 6 of 8

JOHN G. LLEWELLYN, PLLC
ATTORNEYS AND COUNSELORS AT LAW
4847 CALIFORNIA AVE SW, SUITE 100
SEATTLE, WA 98116
V 206-923-2889   F 206-923-2892

Case 16-01097-CMA    Doc 6    Filed 05/25/16    Ent. 05/25/16 13:04:09    Pg. 6 of 8

Summit Stable Value Fund "Subscription Agreement Addendum"

Breard and Associates' documents re: 2015 Audit of Summit Stable Value Fund.

DAMAGES

    This is a claim for nondischargeablilty. Damages are based upon the amounts invested and have already been disclosed in Plaintiff's respective Proofs of Claim, which are incorporated by reference.

DATED this 25th day of May, 2016.

 /s Courtland T. Shafer
COURTLAND T. SHAFER, WSBA #22000
JOHN G. LLEWELLYN, PLLC
ATTORNEYS AND COUNSELORS AT LAW
4847 CALIFORNIA AVE SW, SUITE 100
SEATTLE, WA 98116
TELEPHONE: 206-923-2889
FAX: 206-923-2892


ATTORNEY FOR PLAINTIFFS ATTORNEY FOR PLAINTIFFS IN HO HWANG, EUN (ESTHER) KOH, CHANG KYU LEE, KI-CHANG PARK, CHUNG HO WOO, AND KAH SUN WOO

Plaintiff's CR 26(a) Disclosures 16-01097CMA
Page 7 of 8

JOHN G. LLEWELLYN, PLLC
ATTORNEYS AND COUNSELORS AT LAW
4847 CALIFORNIA AVE SW, SUITE 100
SEATTLE, WA 98116
V 206-923-2889  F 206-923-2892

Case 16-01097-CMA    Doc 6    Filed 05/25/16    Ent. 05/25/16 13:04:09    Pg. 7 of 8

PROOF OF MAILING

I, Courtland T. Shafer, hereby certify that, on May 25, 2016, copies of this Disclosures, with accompanying documents were emailed to:

Darrel Carter, counsel
Plaza East Buiklding, Suite 380
11100 NE 8th St.
Bellevue, WA 98004


 /s Courtland T. Shafer
COURTLAND T. SHAFER, WSBA #22000
JOHN G. LLEWELLYN, PLLC
ATTORNEYS AND COUNSELORS AT LAW
4847 CALIFORNIA AVE SW, SUITE 100
SEATTLE, WA 98116
TELEPHONE: 206-923-2889
FAX: 206-923-2892

ATTORNEY FOR PLAINTIFFS IN HO HWANG, EUN (ESTHER) KOH, CHANG KYU LEE, KI-CHANG PARK, CHUNG HO WOO, AND KAH SUN WOO

Plaintiff's CR 26(a) Disclosures 16-01097CMA
Page 8 of 8

JOHN G. LLEWELLYN, PLLC
ATTORNEYS AND COUNSELORS AT LAW
4847 CALIFORNIA AVE SW, SUITE 100
SEATTLE, WA 98116
V 206-923-2889   F 206-923-2892

Case 16-01097-CMA    Doc 6    Filed 05/25/16    Ent. 05/25/16 13:04:09    Pg. 8 of 8