Darrel B. Carter
WSBA #20318
CBG Law Group, PLLC
Plaza East Building - Suite 380
11100 NE 8th Street
Bellevue, WA  98004
Telephone: (425) 283-0432
Fax: (425) 283-5560

Attorney for Debtor

JUDGE CHRISTOPHER M. ALSTON
Chapter:            7

UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re: Chris Young Dong Yoo and Jieun Song
Yoo,

     Debtors.

_____

In Ho Hwang, Eun (Esther) Koh, Chang Kyu
Lee, Ki-Chang Park, and Chung Ho Woo and
Kab Sun Woo, husband and wife,

     Plaintiffs,

     v.

Chris Young Dong Yoo and Jieun Song Yoo,

     Defendants.

_____

Bankruptcy Case No. 16-10191

Adversary No. 16-01097

DEFENDANT'S CONSENT TO FINAL
ADJUDICATION

Defendant, Jieun Song Yoo ("Yoo"), the Defendant herein, by and through

counsel, hereby states as follows:

1. To the best of Yoo's knowledge, the parties to this action have agreed that this

Court has jurisdiction over this action as a core matter, under 28 U.S.C. §§ 157(b)(2)(A), (E), (H)

and or (O), and under 28 U.S.C. §1334.

Consent- 1

**CBG Law Group, PLLC**
**Plaza East Building - Suite 380**
**11100 NE 8th Street**
**Bellevue, WA  98004**
**(425) 283-0432**

2. Yoo consents to the entry of final judgment in this matter by this Court, regardless of whether this adversary proceeding is ultimately determined to be a core matter or non-core matter.

DATED this 6th day of June, 2016.

CBG LAW GROUP, PLLC

By    /s/ Darrel Carter
Darrel B. Carter, WSBA# 20318
Attorney for Yoo

### DECLARATION OF SERVICE

I hereby certify, under penalty of perjury, that on this day I served upon the attorney for Plaintiff, by causing to be served by ECF and/or mailed by 1st class mail a copy of the document to which this certificate is attached.

DATED this 6th day of June, 2016.

CBG LAW GROUP, PLLC

by    /s/ Darrel Carter
Darrel B. Carter, WSBA #20318
Attorney for Yoo

Consent- 2

**CBG LAW GROUP, PLLC**
**Plaza East Building - Suite 380**
**11100 NE 8th Street**
**Bellevue, WA  98004**
**(425) 283-0432**