```
                        United States Bankruptcy Court
                         Western District of Washington
In re:                                                         Case No. 16-10191-CMA
Chris Young Dong Yoo                                           Chapter 7
Jieun Song Yoo
          Debtors
                             CERTIFICATE OF NOTICE
District/off: 0981-2      User: janiceg        Page 1 of 1        Date Rcvd: Jan 19, 2016
                          Form ID: 309A        Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2016.
```
db/jdb        +Chris Young Dong Yoo,   Jieun Song Yoo,   9867 NE 14th St,   Bellevue, WA 98004-3531
955712057     +Bankruptcy & Collections,   800 5th Ave,   20th Floor,   Seattle, WA 98104-3176
955712067     +Kidder Matthew,   14450 Ne 29th Place Ste 110,   Bellevue, WA 98007-3697
955712068     +Kiddur Matthew,   14450 NE 29th Pl,   Suite 110,   Bellevue, WA 98007-3697
955712070     +Regus Bellevue,   11820 Northup Way #200,   Bellevue, WA 98005-1974
955712071     +SEC,   44 Montgomery Street,   26th Floor,   San Francisco, CA 94104-4716
955712059      US Attorney General,   US Dept of Justice,   950 Pennsylvania Ave. NW,
                 Washington, DC 20530-0001
955712058     +United States Attorney,   700 Stewart St,   Suite 5220,   Seattle, WA 98101-4438
955712074     +William R. Spur,   1001 Fourth Ave, Suite 4400,   Seattle, WA 98154-1192
955712075     +Zwicker & Assosciates PC,   10824 SE Oak PMB 401,   Portland, OR 97222-6694
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: Darrel@cbglaw.com Jan 20 2016 00:28:55     Darrel B Carter,   CBG Law Group PLLC,
                 11100 NE 8th St Ste 380,   Bellevue, WA  98004
tr            +EDI: FEJWOOD.COM Jan 20 2016 00:28:00     Edmund J Wood,   303 N 67th St,
                 Seattle, WA 98103-5209
smg            EDI: WADEPREV.COM Jan 20 2016 00:29:00     State of Washington,   Department of Revenue,
                 2101 4th Ave, Ste 1400,   Seattle, WA  98121-2300
ust           +E-mail/Text: USTPREGION18.SE.ECF@USDOJ.GOV Jan 20 2016 00:29:12      United States Trustee,
                 700 Stewart St Ste 5103,   Seattle, WA 98101-4438
955712061      EDI: AMEREXPR.COM Jan 20 2016 00:28:00     American Express,   PO Box 360001,
                 Fort Lauderdale, FL 33336-0001
955712063     +E-mail/Text: ecf@becu.org Jan 20 2016 00:29:43      BECU,   PO Box 97050,
                 Seattle, WA 98124-9750
955712062     +EDI: BANKAMER.COM Jan 20 2016 00:28:00     Bank of America NA,   PO Box 26012,   NC41050314,
                 Greensboro, NC 27420-6012
955712064      EDI: CHASE.COM Jan 20 2016 00:28:00     Chase,   Cardmember Srvc,   PO Box 9001074,
                 Louisville, KY 40290-1074
955712069      E-mail/Text: bankruptcies@libertymutual.com Jan 20 2016 00:29:22      Liberty Mutual,
                 PO Box 85834,   San Diego, CA 92186-5834
955712066      EDI: USBANKARS.COM Jan 20 2016 00:29:00     Key Bank,   PO Box 790408,
                 Saint Louis, MO 63179-0408
955712073      EDI: USBANKARS.COM Jan 20 2016 00:29:00     US Bank,   PO Box 790408,   Saint Louis, MO 63179
955712060      EDI: IRS.COM Jan 20 2016 00:29:00     US Treasury,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
955712065       Hyun Jung Hong
955712072       Summit Asset Strategies
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2016 at the address(es) listed below:
```
              Darrel B Carter    on behalf of Joint Debtor Jieun Song Yoo Darrel@cbglaw.com
              Darrel B Carter    on behalf of Debtor Chris Young Dong Yoo Darrel@cbglaw.com
              Edmund J Wood     ewood1@aol.com, ejw@trustesolutions.net
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                            TOTAL: 4
```

| | **Information to identify the case:** | | |
|---|---|---|---|
| Debtor 1 | **Chris Young Dong Yoo** | Social Security number or ITIN | **xxx–xx–4138** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Jieun Song Yoo** | Social Security number or ITIN | **xxx–xx–0623** |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Western District of Washington | Date case filed for chapter | **7   1/18/16** |
| Case number: | **16–10191–CMA** | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Chris Young Dong Yoo | Jieun Song Yoo |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 9867 NE 14th St<br>Bellevue, WA 98004 | 9867 NE 14th St<br>Bellevue, WA 98004 |
| **4.** | **Debtor's attorney**<br>Name and address | Darrel B Carter<br>CBG Law Group PLLC<br>11100 NE 8th St Ste 380<br>Bellevue, WA 98004 | Contact phone 425–283–0432<br><br>Email: Darrel@cbglaw.com |
| **5.** | **Bankruptcy trustee**<br>Name and address | Edmund J Wood<br>303 N 67th St<br>Seattle, WA 98103 | Contact phone 206–623–4382<br><br>Email: ewood1@aol.com |
| **6.** | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 700 Stewart St, Room 6301<br>Seattle, WA 98101 | Hours open 8:30 am – 4:30 pm Monday – Friday<br>Contact phone 206–370–5200<br><br>Date: 1/19/16 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

Debtor **Chris Young Dong Yoo** and **Jieun Song Yoo**  Case number **16–10191–CMA**

| 7. | Meeting of creditors | **February 18, 2016 at 11:00 AM** | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*\*\* Valid photo identification required \*\*\*** | **US Courthouse, Room 4107, 700 Stewart St, Seattle, WA 98101** |

| 8. | Presumption of abuse | The presumption of abuse does not arise. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. | Deadlines | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 4/18/16** |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | Proof of claim | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|
| | Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. | Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. | Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|

| 13. | Notice Re: Dismissal | If the debtor fails to file required schedules, statements or lists within 15 days from the date the petition is filed, or object to dismissal of the case indicating why dismissal is not appropriate, the case may be dismissed without further notice. If the Debtor(s) fails to appear at the meeting of creditors, the U.S. Trustee may apply for an order of dismissal without further notice. |
|---|---|---|

| 14. | Appointment of Trustee | Pursuant to 11 U.S.C. §701 and §322 and Fed. R. Bankr. P. 2008, **Edmund J Wood** is appointed Trustee of the estate of the above named Debtor to serve under the Trustee's blanket bond. The appointment is made effective on the date of this notice. Unless the Trustee notifies the U.S. Trustee and the Court in writing or rejection of the appointment within seven (7) days of receipt of this notice, the Trustee shall be deemed to have accepted the appointment. Unless creditors elect another Trustee at the meeting of creditors, the Interim Trustee appointed herein will serve as the Trustee.<br><br>Thomas A. Buford, Assistant U.S. Trustee for Region 18 |
|---|---|---|

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

Case 16-10191-CMA    Doc 10    Filed 01/21/16    Ent. 01/21/16 21:34:12    Pg. 3 of 3