Form ntcclm (11/2015)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:

Chris Young Dong Yoo
SSN: xxx–xx–4138

Jieun Song Yoo
SSN: xxx–xx–0623

Debtor(s).

Case Number: 16–10191–CMA
Chapter: 7

---

## NOTICE TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS
## AND PAYMENT OF ESTATE FEES

YOU ARE NOTIFIED that the Trustee in this case, **Edmund J Wood**, has recovered assets. Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court at the address above on or before **June 7, 2016.**

Creditors who do not file a proof of claim on or before this date may not be entitled to share in any distribution from the Debtor's estate.

A Proof of Claim form may be filed electronically through the Court's website: http://www.wawb.uscourts.gov/eclaims.htm. Filing claims electronically requires access to the internet, but no login or password is required. Alternatively, claims can be submitted to the Court in paper through the U.S. Mail.

There is no fee for filing the proof of claim.

### ANY CREDITOR WHO HAS FILED A PROOF OF CLAIM
### ALREADY NEED NOT FILE ANOTHER PROOF OF CLAIM

If the Trustee recovers assets in this case, the estate will be required to pay banking fees not to exceed 2% of the estate's bank account balance per year. In addition, the estate may be required to pay a bond premium not to exceed 0.1% of the estate's bank account balance. If you object to the payment of these amounts, you must file an objection with the Court on or before the deadline set above for the filing of proofs of claim and set the matter for hearing.

Dated: March 4, 2016

Mark L. Hatcher
Clerk of the Bankruptcy Court