```
                      United States Bankruptcy Court
                      Western District of Washington
In re:                                                          Case No. 16-10191-CMA
Chris Young Dong Yoo                                            Chapter 7
Jieun Song Yoo
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0981-2       User: admin            Page 1 of 1             Date Rcvd: Mar 07, 2016
                           Form ID: ntcclm        Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2016.
db/jdb        +Chris Young Dong Yoo,    Jieun Song Yoo,    9867 NE 14th St,    Bellevue, WA 98004-3531
955712057     +Bankruptcy & Collections,    800 5th Ave,    20th Floor,    Seattle, WA 98104-3176
955712067     +Kidder Matthew,    14450 Ne 29th Place Ste 110,    Bellevue, WA 98007-3697
955712068     +Kiddur Matthew,    14450 NE 29th Pl,    Suite 110,    Bellevue, WA 98007-3697
955712070     +Regus Bellevue,    11820 Northup Way #200,    Bellevue, WA 98005-1974
955712071     +SEC,    44 Montgomery Street,    26th Floor,    San Francisco, CA 94104-4716
955712059      US Attorney General,    US Dept of Justice,    950 Pennsylvania Ave. NW,
                Washington, DC 20530-0001
955712058     +United States Attorney,    700 Stewart St,    Suite 5220,    Seattle, WA 98101-4438
955712074     +William R. Spur,    1001 Fourth Ave, Suite 4400,    Seattle, WA 98154-1192
955712075     +Zwicker & Assosciates PC,    10824 SE Oak PMB 401,    Portland, OR 97222-6694
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            EDI: WADEPREV.COM Mar 08 2016 00:08:00      State of Washington,    Department of Revenue,
                2101 4th Ave, Ste 1400,    Seattle, WA 98121-2300
sr            +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Mar 08 2016 00:35:09
                BMW Financial Services NA, LLC,    c/o Ascension Capital Group,    P.O. Box 201347,
                Arlington, TX 76006-1347
955712061      EDI: AMEREXPR.COM Mar 08 2016 00:08:00      American Express,    PO Box 360001,
                Fort Lauderdale, FL 33336-0001
955712063     +E-mail/Text: ecf@becu.org Mar 08 2016 00:09:51      BECU,    PO Box 97050,
                Seattle, WA 98124-9750
955712062     +EDI: BANKAMER.COM Mar 08 2016 00:08:00      Bank of America NA,    PO Box 26012,   NC41050314,
                Greensboro, NC 27420-6012
955712064      EDI: CHASE.COM Mar 08 2016 00:08:00      Chase,    Cardmember Srvc,    PO Box 9001074,
                Louisville, KY 40290-1074
955712069      E-mail/Text: bankruptcies@libertymutual.com Mar 08 2016 00:09:36      Liberty Mutual,
                PO Box 85834,    San Diego, CA 92186-5834
955712066      EDI: USBANKARS.COM Mar 08 2016 00:08:00      Key Bank,    PO Box 790408,
                Saint Louis, MO 63179-0408
955712073      EDI: USBANKARS.COM Mar 08 2016 00:08:00      US Bank,    PO Box 790408,    Saint Louis, MO 63179
955712060      EDI: IRS.COM Mar 08 2016 00:08:00      US Treasury,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
955712065       Hyun Jung Hong
955712072       Summit Asset Strategies
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2016 at the address(es) listed below:
          Darrel B Carter    on behalf of Joint Debtor Jieun Song Yoo Darrel@cbglaw.com
          Darrel B Carter    on behalf of Debtor Chris Young Dong Yoo Darrel@cbglaw.com
          Edmund J Wood    ewood1@aol.com, ejw@trustesolutions.net
          United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                           TOTAL: 4
```

Form ntcclm (11/2015)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:

Chris Young Dong Yoo
SSN: xxx−xx−4138

Jieun Song Yoo
SSN: xxx−xx−0623

Debtor(s).

Case Number: 16−10191−CMA
Chapter: 7

## NOTICE TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS
## AND PAYMENT OF ESTATE FEES

YOU ARE NOTIFIED that the Trustee in this case, **Edmund J Wood**, has recovered assets. Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court at the address above on or before **June 7, 2016.**

Creditors who do not file a proof of claim on or before this date may not be entitled to share in any distribution from the Debtor's estate.

A Proof of Claim form may be filed electronically through the Court's website: http://www.wawb.uscourts.gov/eclaims.htm. Filing claims electronically requires access to the internet, but no login or password is required. Alternatively, claims can be submitted to the Court in paper through the U.S. Mail.

There is no fee for filing the proof of claim.

## ANY CREDITOR WHO HAS FILED A PROOF OF CLAIM
## ALREADY NEED NOT FILE ANOTHER PROOF OF CLAIM

If the Trustee recovers assets in this case, the estate will be required to pay banking fees not to exceed 2% of the estate's bank account balance per year. In addition, the estate may be required to pay a bond premium not to exceed 0.1% of the estate's bank account balance. If you object to the payment of these amounts, you must file an objection with the Court on or before the deadline set above for the filing of proofs of claim and set the matter for hearing.

Dated: March 4, 2016

Mark L. Hatcher
Clerk of the Bankruptcy Court